UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YARIV KATZ,<br><br>   Plaintiff,<br><br>vs.<br><br>ROSE & ROSE.<br><br>   Defendant. | ) Case No.: 3:25-CV-00068-SRU<br>)<br>)<br>)<br>) **NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that all matters herein have been compromised and settled as between Plaintiff, YARIV KATZ, and Defendant, ROSE & ROSE. Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Date: May 1, 2025

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave., Suite 200
Englewood Cliffs, New Jersey 07653
T: (862) 227-3106
ea@zemellawllc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of May 2025 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ECF filing system.

    /s/ Daniel Zemel

    Daniel Zemel, Esq.